Form B5 (Official Form 5) - (Rev. 12/07)                                                         2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Involuntary Petition** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>ZX Automobile Company of North America, Inc. | ALL OTHER NAMES used by the debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>ZXAuto NA, Inc. |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3125 E Coronado Street<br>Anaheim CA | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Attn. Managing Agent<br>14 Walsh Dr., Ste 102<br>Parsippany NJ |
| County of Residence or Principal Place of Business: Orange   ZIP CODE 92608 | AND SEE ATTACHED    ZIP CODE 07054 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>Orange County CA | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7     [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Name of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe:<br>[ ] Debts are primarily consumer debts<br>[X] Debts are primarily business debts | [ ] Individual (Includes Joint Debtor)<br>[X] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. [ ] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

   or

   b. [X] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

THIS SPACE FOR COURT USE ONLY

FILED
JUN - 3 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ORIGINAL

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)        2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor |
|---|---|
| | ZX Auto NA, Inc. |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signed]_ Managing Partner
Signature of Petitioner or Representative (State Title)

Michaels Law Group, LLP    5/28/08
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
c/o R Gibson Pagter, Jr.
525 N Cabrillo Park Dr, #104
Santa Ana CA 92701

X _[signed]_    3 June 08
Signature of Attorney    Date

Pagter and Miller, APLC
Name of Attorney Firm (if any)

525 N Cabrillo Park Dr, # 104
Address Santa Ana CA 92701
(714) 541-6072 x 221
Telephone No.

---

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Pagter and Miller, APLC
Name of Attorney Firm (if any)

525 N Cabrillo Park Dr, # 104
Address Santa Ana CA 92701
(714) 541-6072 x 221
Telephone No.

---

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (if any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michaels Law Group, LLP<br>Attn Jonathan A Michaels<br>23531 Ridge Route Dr, # C, Laguna Hills, CA 92653 | services | $16,876 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_1_ Continuation Sheets attached

## ADDITIONAL ADDRESS FOR DEBTOR

ZX AUTO NA, INC.
Attn: Hon Gerald C Escada, PJ Ch (Ret)
Fiscal Agent
Herten Burstein, et al
21 Main St
Hackensack, NJ  07601