1  Alan Friedman, Esq. (CA State Bar #132580)
   afriedman@irell.com
2  Kerri A. Lyman, Esq. (CA State Bar #241615)
   klyman@irell.com
3  **IRELL & MANELLA LLP**
   840 Newport Center Drive
4  Suite 400
   Newport Beach, CA  92660-6324
5  (949) 760-5107

6  Brian J. McMahon, Esq.
   Karen A. Giannelli, Esq.
7  **GIBBONS, P.C.**
   One Gateway Center
8  Newark, New Jersey 07102-5310
   (973) 596-4500
9
   Rick Martson, Esq.
10 **TONKON TORP, LLP.**
   1600 Pioneer Tower
11 888 SW 5th Avenue
   Portland, Oregon  97204
12 (503) 221-1440
   Attorneys for Thomason Auto Group, LLC
13

FILED & ENTERED

AUG 20 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo       DEPUTY CLERK

14                **UNITED STATES BANKRUPTCY COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 16  In re | Case No.:  8:08-bk-13065-TA |
| 17  ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC., | Jointly Administered with Case No. 8:08-bk-13876-TA) Chapter 11 Case |
| 18  Debtor. | |
| 19  CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC., | **ORDER GRANTING STIPULATION FURTHER CONTINUING HEARING ON MOTIONS FOR ORDER (A) DISMISSING THE CASE PURSUANT TO 11 U.S.C. §305(A); OR (B) DISMISSING THE CASE, OR ALTERNATIVELY TRANSFERRING VENUE TO THE DISTRICT OF NEW JERSEY** |
| 21  Debtor. | |
| 23  RELATES TO BOTH DEBTORS. | Current Hearing Date: DATE:   August 26, 2009  TIME:   10:00 a.m  PLACE: Courtroom 5B  Continued Hearing Date (to be set):  DATE:   October 28, 2009  TIME:   11:00 am.  PLACE:   Courtroom 5B |

28

2107004.1 02

The Court, having considered the "Stipulation Further Continuing Hearing on Motions for Entry of an Order (A) Dismissing the Cases Pursuant to 11 U.S.C. § 305(a); or (B) Dismissing the Cases, or Alternatively Transferring Venue to the District of New Jersey" (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that,

A.    The Stipulation is granted;

B.    The hearing on the Motions previously scheduled for August 26, 2009 at 10:00 a.m., is hereby continued to October 28, 2009 at 11:00 a.m., prevailing Pacific Time, before the Honorable Theodor C. Albert, United States Bankruptcy Judge, in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, 411 West Fourth Street, Santa Ana, California 92701-4593; and

C.    The deadline by which Thomason Auto Group, LLC ("Thomason") has to file its reply brief is hereby extended to October 21, 2009, at 4:00 p.m., a date which is seven (7) days prior to the continued hearing.

###

DATED: August 20, 2009

*Theodor C. Albert*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660

The foregoing document described as [Proposed] **ORDER GRANTING STIPULATION FURTHER CONTINUING HEARING ON MOTIONS FOR ORDER (A) DISMISSING THE CASE PURSUANT TO 11 U.S.C. §305(A); OR (B) DISMISSING THE CASE, OR ALTERNATIVELY STRICT OF NEW JERSEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On August 12., 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 12, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Courtroom 5B
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 12, 2009 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

2107004.1 02

- 3 -

**SERVED VIA E-MAIL**

- Frank Cadigan    frank.cadigan@usdoj.gov
- John P Di Iorio    jdiiorio@shapiro-croland.com
- Helen R Frazer    hfrazer@aalrr.com
- Alan J Friedman    afriedman@irell.com
- Jeffrey I Golden    jgolden@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Richard H Golubow    pj@winthropcouchot.com
- J. Michael Issa
- Peter W Lianides    pj@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Robert E Opera    pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com
- gibson@pagterandmiller.com

**SERVED BY U.S. MAIL**

| | |
|---|---|
| Ballenger, Cleveland & Issa, LLC<br>c/o Winthrop Couchot Professional Corp<br>660 Newport Center Dr Ste 400<br>Newport Beach, CA 92660 | Edward Michael Daspin<br>4 Pine View Ln<br>Boonton, NJ 07005 |
| Jonathan A. Michaels<br>Michaels Law Group<br>3125 E. Coronado Street<br>Anaheim, CA 92806 | Kushner Law Firm P C<br>for Properties Dev. Group Inc, CRAS, Ste<br>Attn Michael B Kushner Esq<br>15 Enterprise Ste 110<br>Aliso Viejo, CA 92656 |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION FURTHER CONTINUING HEARING ON MOTIONS FOR ORDER (A) DISMISSING THE CASE PURSUANT TO 11 U.S.C. §305(A); OR (B) DISMISSING THE CASE, OR ALTERNATIVELY TRANSFERRING VENUE TO THE DISTRICT OF NEW JERSEY**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  August      2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Frank Cadigan    frank.cadigan@usdoj.gov
- John P Di Iorio    jdiiorio@shapiro-croland.com
- Helen R Frazer    hfrazer@aalrr.com
- Alan J Friedman    afriedman@irell.com
- Jeffrey I Golden    jgolden@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Richard H Golubow    pj@winthropcouchot.com
- J. Michael Issa
- Peter W Lianides    pj@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Robert E Opera    pj@winthropcouchot.com
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

. **TO BE SERVED BY THE LODGING PARTY**

| Ballenger, Cleveland & Issa, LLC<br>c/o Winthrop Couchot Professional Corp<br>660 Newport Center Dr Ste 400<br>Newport Beach, CA 92660 | Edward Michael Daspin<br>4 Pine View Ln<br>Boonton, NJ 07005 |
|---|---|
| Jonathan A. Michaels<br>Michaels Law Group<br>3125 E. Coronado Street<br>Anaheim, CA 92806 | Kushner Law Firm P C<br>for Properties Dev. Group Inc, CRAS, Ste<br>Attn Michael B Kushner Esq<br>15 Enterprise Ste 110<br>Aliso Viejo, CA 92656 |