1  RICHARD H. GOLUBOW – State Bar No. 160434
   rgolubow@winthropcouchot.com
2  PAYAM KHODADADI – State Bar No. 239906
   payam@winthropcouchot.com
3  **WINTHROP COUCHOT**
4  **PROFESSIONAL CORPORATION**
   660 Newport Center Drive, Suite 400
5  Newport Beach, CA 92660
   Telephone:  (949) 720-4100
6  Facsimile:   (949) 720-4111

7  General Insolvency Counsel for
8  J. Michael Issa, Chapter 11 Trustee

9

10                   **UNITED STATES BANKRUPTCY COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12                            **SANTA ANA DIVISION**

13

| 14 | In re: | Case No. 8:08-13065-TA |
|---|---|---|
| 15 | ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC. | (Jointly Administered with Case No. 8:08-13876-TA) |
| 16 | | Chapter 11 Proceedings |
| 17 | ☐ ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC. | **DECLARATION OF J. MICHAEL ISSA IN SUPPORT OF MOTION FOR ORDER:** |
| 18 | ☐ CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC. | **(1)   ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. § 503; AND** |
| 19 | ☒ Both Debtors | |
| 20 | | **(2)   COMPROMISE OF CONTROVERSIES PURSUANT TO** |
| 21 | Debtors. | **FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |
| 22 | | |
| 23 | | DATE:    December 23, 2009  TIME:    11:00 AM |
| 24 | | PLACE:  Courtroom 5B  411 West Fourth Street |
| 25 | | Santa Ana, California 92701 |

26

27

28

## DECLARATION OF J. MICHAEL ISSA

I, J. Michael Issa, declare as follows:

1. I am the Chapter 11 Trustee of ZX Automobile Company of North America, Inc., ("ZXNA") and China America Cooperative Automotive, Inc. ("Chamco", and collectively with ZXNA, the "Debtors"), and I am authorized to make this Declaration on behalf of the Debtors. I am familiar with the operations and, in general, the assets and liabilities of the Debtors. I make this Declaration in support of the Trustee's *Motion For Order: (1) Allowing Administrative Expense Priority Claim Pursuant To 11 U.S.C. § 503; and (2) Compromise Of Controversies Pursuant To Federal Rule Of Bankruptcy Procedure 9019* ("Motion"). The matters stated herein are within my own knowledge and, if called as a witness, I could and would completely testify thereto.

2. On January 9, 2009, I was appointed the chapter 11 trustee of the Chamco and ZXNA Estates.

3. I believe that the Petitioning Creditors efforts yielded direct and tangible results culminating in a significant benefit in which the Debtors Estates, to which all creditors are the beneficiaries. As described earlier, the Petitioning Creditors singular efforts yielded results from which the Debtors Estates and all creditors benefit.

4. The Compromise embodies the business judgment of the Trustee and was negotiated at arm's length.

5. I believe that the proposed Compromise is in the best interest of the Debtors' Estates insofar as it will effectively eliminate litigation fees and expenses with the Petitioning Creditors. Further, the Compromise represents a reduction of the Petitioning Creditors

1 | $600,000.00 claim, and will consequently result in the release of a $250,000.00 administrative
2 | claim against the Estates.
3 |     I declare under penalty of perjury that the foregoing is true and correct.
4 |     Executed on this 2nd day of December, 2009, at Irvine, California.

/s/ *J. Michael Issa*
J. Michael Issa

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DECLARATION OF J. MICHAEL ISSA IN SUPPORT OF MOTION FOR ORDER:MOTION FOR ORDER: (1) ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. § 503; AND (2) COMPROMISE OF CONTROVERSIES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 2, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2, 2009 | Viann Corbin | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

NEF SERVICE LIST

- Frank Cadigan    frank.cadigan@usdoj.gov
- John P Di Iorio    jdiiorio@shapiro-croland.com
- Helen R Frazer    hfrazer@aalrr.com
- Alan J Friedman    afriedman@irell.com
- Jeffrey I Golden    jgolden@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Richard H Golubow    pj@winthropcouchot.com
- J. Michael Issa
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com