| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| **WEILAND, GOLDEN,** <br> **SMILEY, WANG EKVALL & STROK, LLP** <br> Jeffrey I. Golden, State Bar No. 133040 <br> jgolden@wgllp.com <br> Hutchison B. Meltzer, State Bar No. 217166 <br> hmeltzer@wgllp.com <br> 650 Town Center Drive, Suite 950 <br> Costa Mesa, California 92626 <br> Telephone: (714) 966-1000 <br> Facsimile: (714) 966-1002 <br> Special Counsel for Chapter 11 Trustee J. Michael Issa | |
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: <br> ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC., <br> ___ ZX Automobile company of North America, Inc., <br> ___ China America Cooperative Automotive, Inc. <br> _X_ Both Debtors. | CHAPTER 11 CASE NUMBER <br><br> CASE NUMBER 8:08-bk-13065-TA <br><br> (Jointly Administered with Case No.: 8:08-bk-13876-TA) <br><br> NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT <br><br> NUMBER: 1 <br><br> PERIOD: January 9 - November 30, 2009 |

1. Name of professional:            Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm")
2. Date of entry of order approving employment of the professional:    April 27, 2009
3. Initial retainer received by professional:    None
4. Total amount of services and expenses this reporting period:    $75,922.07

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE, THE TRUSTEE, THE TRUSTEE'S GENERAL INSOLVENCY COUNSEL, THE 20 LARGEST CREDITORS OR THEIR COUNSEL, AND THOSE PARTIES WHO HAVE REQUESTED SPECIAL NOTICE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE FIRM TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE PAID IN THE AMOUNT STATED IN ITEM 4 ABOVE UNLESS AN OBJECTION IS SERVED ON THE FIRM WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

5. Total number of pages attached hereto: 13[1]

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated: December 15, 2009

WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
(Name of Professional)

JEFFREY I. GOLDEN
(Signature of Professional)

---

September 1994          PROFESSIONAL FEE STATEMENT          REV. USED-6

---

[1] Certain time entries have been redacted or partially redacted to maintain privileges and confidentiality.

CBM\PROFSTMT\ISS01-1.#1

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 TOWN CENTER DRIVE - SUITE 950
COSTA MESA, CALIFORNIA 92626
714-966-1000 (TEL)  714-966-1002 (FAX)
WEBSITE: WWW.WGLLP.COM
TAX ID. 33-0670296**

DECEMBER 1, 2009

MICHAEL ISSA                                                            OUR FILE: ISS01.0001

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009

RE:   CHINA AMERICA COOPERATIVE AUTOMOTIVE
      INVOICE # 15380
      RESPONSIBLE ATTY: JEFFREY GOLDEN

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/09/09 | JIG | PREPARATION OF ISSA SETTLEMENT STRATEGY WITH THOMASON | 1.30 | 550 | 715.00 |
| 01/12/09 | JIG | REVIEW AND ANALYSIS OF THOMASON SETTLEMENT STRATEGY | 1.80 | 550 | 990.00 |
| 01/12/09 | JIG | REVIEW AND ANALYSIS OF CONSTRUCTIVE TRUST ISSUES | 1.70 | 550 | 935.00 |
| 01/19/09 | JIG | PREPARATION RE MEETING | 0.90 | 550 | 495.00 |
| 01/20/09 | CBM | PREPARATION OF APPLICATION OF TRUSTEE TO EMPLOY WG AS SPECIAL LITIGATION CO-COUNSEL | 1.20 | 195 | 234.00 |
| 01/20/09 | CBM | TELEPHONE CONFERENCE WITH JONATHAN MICHAELS RE EMPLOYMENT | 0.20 | 195 | 39.00 |
| 01/20/09 | CBM | PREPARATION OF APPLICATION OF TRUSTEE TO EMPLOY MICHAELS LAW GROUP AS SPECIAL LITIGATION CO-COUNSEL | 1.30 | 195 | 253.50 |
| 01/20/09 | CBM | PREPARATION OF APPLICATION OF TRUSTEE TO EMPLOY WG AS SPECIAL LITIGATION CO-COUNSEL | 0.80 | 195 | 156.00 |
| 01/20/09 | CBM | PREPARATION OF APPLICATION OF TRUSTEE TO EMPLOY MICHAELS LAW GROUP AS SPECIAL LITIGATION CO-COUNSEL | 1.00 | 195 | 195.00 |
| 01/21/09 | JIG | IDENTIFICATION OF ISSUES FOR | 0.40 | 550 | 220.00 |
| 01/21/09 | CBM | PREPARATION OF APPLICATION OF TRUSTEE TO EMPLOY MICHAELS LAW GROUP AS SPECIAL LITIGATION CO-COUNSEL | 0.50 | 195 | 97.50 |
| 01/22/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.40 | 195 | 78.00 |

EXHIBIT 1  PAGE 2

PAGE 2
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY JONATHAN MICHAELS'S FIRM | 0.40 | 195 | 78.00 |
| 01/22/09 | JIG | PREPARATION RE SETTLEMENT MEETING WITH THOMASON | 1.90 | 550 | 1,045.00 |
| 01/22/09 | JIG | PREPARATION RE LITIGATION | 1.10 | 550 | 605.00 |
| 01/22/09 | HBM | LEGAL RESEARCH RE CONSTRUCTIVE TRUST ISSUES | 0.90 | 360 | 324.00 |
| 01/28/09 | JIG | ATTENDANCE AT MEETING WITH MIKE ISSA | 1.50 | 550 | 825.00 |
| 01/28/09 | JIG | PREPARATION RE ISSA MEETING | 0.50 | 550 | 275.00 |
| 01/29/09 | CBM | PREPARATION OF WG'S EMPLOYMENT APPLICATION | 0.40 | 195 | 78.00 |
| 01/29/09 | CBM | PREPARATION OF MICHAELS'S EMPLOYMENT APPLICATION | 0.30 | 195 | 58.50 |
| 01/30/09 | CBM | PREPARATION OF WG'S EMPLOYMENT APPLICATION | 0.90 | 195 | 175.50 |
| 01/30/09 | CBM | PREPARATION OF MICHAEL'S EMPLOYMENT APPLICATION | 1.00 | 195 | 195.00 |
| 01/30/09 | JIG | ANALYSIS OF DOCUMENTS | 0.20 | 550 | 110.00 |
| 01/30/09 | CBM | PREPARATION OF WG'S EMPLOYMENT APPLICATION | 0.50 | 195 | 97.50 |
| 01/30/09 | CBM | PREPARATION OF MICHAELS'S EMPLOYMENT APPLICATION | 0.60 | 195 | 117.00 |
| 01/30/09 | CBM | PREPARATION OF E-MAIL TO JONATHAN MICHAELS RE REVIEW OF EMPLOYMENT APPLICATIONS AND DISCLOSURES | 0.10 | 195 | 19.50 |
| 02/01/09 | JIG | CONFERENCE WITH JONATHAN MICHAELS | 0.20 | 550 | 110.00 |
| 02/02/09 | CBM | PREPARATION OF WG'S EMPLOYMENT NOTICE | 0.50 | 195 | 97.50 |
| 02/02/09 | JIG | ANALYSIS OF STATUS AND STRATEGY | 1.70 | 550 | 935.00 |
| 02/02/09 | CMY | REVIEW AND ANALYSIS OF DOCUMENTS FROM FORMER EMPLOYEE RE: COBRA PAYMENTS, FORWARD TO JENNIFER AT IMS | 0.80 | 195 | 156.00 |
| 02/02/09 | CBM | PREPARATION OF WG'S EMPLOYMENT NOTICE | 0.60 | 195 | 117.00 |
| 02/03/09 | CBM | PREPARATION OF JONATHAN MICHAELS'S EMPLOYMENT NOTICE | 0.50 | 195 | 97.50 |
| 02/03/09 | JIG | REVIEW OF TURNOVER ISSUES | 1.90 | 550 | 1,045.00 |
| 02/03/09 | ADS | REVIEW CASE FACT SUMMARY | 1.90 | 375 | 712.50 |
| 02/03/09 | CBM | PREPARATION OF JONATHAN MICHAEL'S EMPLOYMENT NOTICE | 0.50 | 195 | 97.50 |
| 02/04/09 | ADS | (CHAMCO) REVIEW AND ANALYSIS OF CASE FACTS | 0.90 | 375 | 337.50 |

EXHIBIT 1  PAGE 3

PAGE 3
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/04/09 | ADS | ANALYSIS RE CASE STRATEGY AND FACTS | 0.30 | 375 | 112.50 |
| 02/09/09 | ADS | ATTENTION TO CASE STRATEGY AND PLANNING | 0.30 | 375 | 112.50 |
| 02/10/09 | JIG | ANALYSIS OF LITIGATION | 2.80 | 550 | 1,540.00 |
| 02/11/09 | CBM | PREPARATION OF R. GOLUBOW'S SUGGESTED REVISIONS TO WG EMPLOYMENT APPLICATION | 0.20 | 195 | 39.00 |
| 02/11/09 | CBM | PREPARATION OF R. GOLUBOW'S SUGGESTED REVISIONS TO MICHAELS EMPLOYMENT APPLICATION | 0.20 | 195 | 39.00 |
| 02/11/09 | JIG | ANALYSIS OF LITIGATION STRATEGY | 2.90 | 550 | 1,595.00 |
| 02/11/09 | CBM | PREPARATION OF GOLUBOW'S SUGGESTED REVISIONS TO WG EMPLOYMENT APPLICATION | 0.20 | 195 | 39.00 |
| 02/11/09 | CBM | PREPARATION OF R. GOLUBOW'S SUGGESTED REVISIONS TO MICHAELS EMPLOYMENT APPLICATION | 0.20 | 195 | 39.00 |
| 02/11/09 | CMY | MEETING WITH ATTORNEY GOLDEN AND JENNIFER FROM IMS RE: COBRA ISSUES RELATING TO RICHARD KALICKA | 0.60 | 195 | 117.00 |
| 02/11/09 | HBM | REVIEW AND ANALYSIS OF CASE STRATEGY | 0.40 | 360 | 144.00 |
| 02/11/09 | HBM | REVIEW AND ANALYSIS OF ISSUES FOR OPPOSITION TO DISMISSAL | 1.40 | 360 | 504.00 |
| 02/12/09 | JIG | ANALYSIS OF TURNOVER ISSUE | 1.30 | 550 | 715.00 |
| 02/12/09 | CMY | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM RICHARD KALIKA RE: COBRA HEALTH PLAN LAPSE | 0.90 | 195 | 175.50 |
| 02/16/09 | JIG | PREPARATION RE LITIGATION | 0.90 | 550 | 495.00 |
| 02/17/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.30 | 195 | 58.50 |
| 02/17/09 | CBM | REVIEW AVAILABLE HEARING DATES FOR HEARING ON EMPLOYMENT APPLICATION | 0.10 | 195 | 19.50 |
| 02/17/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.30 | 195 | 58.50 |
| 02/17/09 | CBM | REVIEW AVAILABLE HEARING DATES FOR HEARING ON EMPLOYMENT APPLICATION | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.40 | 195 | 78.00 |
| 02/18/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.30 | 195 | 58.50 |
| 02/18/09 | JIG | REVIEW AND ANALYSIS OF PLEADINGS | 1.20 | 550 | 660.00 |

EXHIBIT 1  PAGE 4

PAGE 4
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/18/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.50 | 195 | 97.50 |
| 02/18/09 | CBM | TELEPHONE CONFERENCE WITH KIM NGO RE SCHEDULING EMPLOYMENT HEARING | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | PREPARATION OF E-MAIL TO TRUSTEE, R. GOLUBOW AND J. MICHAELS RE PROPOSED HEARING DATE | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | REVIEW E-MAIL FROM R. GOLUBOW RE 341(A) HEARING ON MARCH 25 CONFLICTS WITH PROPOSED EMPLOYMENT HEARING DATE | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | TELEPHONE CONFERENCE WITH KIM NGO RE ALTERNATIVE HEARING DATE | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | PREPARATION OF E-MAIL TO TRUSTEE, R. GOLUBOW AND J. MICHAELS RE MARCH 26 HEARING DATE | 0.10 | 195 | 19.50 |
| 02/18/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.30 | 195 | 58.50 |
| 02/19/09 | JIG | REVIEW AND ANALYSIS OF EMAILS AND RECENTLY FILED PLEADINGS | 2.10 | 550 | 1,155.00 |
| 02/20/09 | CBM | E-MAIL TO AND FROM R. GOLUBOW RE REQUEST TO REVIEW HIS EMPLOYMENT APPLICATION | 0.10 | 195 | 19.50 |
| 02/20/09 | CMY | TELEPHONE CALL FROM CHRIS WHEELER RE: MEETING ON CHAPTER 11 TRUSTEE REQUIREMENTS | 0.20 | 195 | 39.00 |
| 02/23/09 | CBM | REVIEW E-MAIL FROM JACK PITLUCK RE CHASE BANK ACCOUNTS | 0.10 | 195 | 19.50 |
| 02/23/09 | CBM | PREPARATION OF DRAFT E-MAIL TO J. GOLDEN'S CONTACT AT CHASE BANK RE TURNOVER OF FUNDS | 0.70 | 195 | 136.50 |
| 02/24/09 | JIG | ANALYSIS OF LITIGATION AND TRUSTEE ISSUES | 1.70 | 550 | 935.00 |
| 02/24/09 | JIG | REVIEW OF TURNOVER ISSUES | 1.90 | 550 | 1,045.00 |
| 02/24/09 | CBM | PREPARATION OF DETAILED E-MAIL TO DAVID WATKINS RE ASSISTANCE WITH CONTACTING CHASE BANK RE TURNOVER OF FUNDS | 0.30 | 195 | 58.50 |
| 02/24/09 | CBM | REVIEW AND RESPOND TO E-MAIL FROM DAVID WATKINS RE CONTACT WITH CHASE RE BANK ACCOUNTS | 0.10 | 195 | 19.50 |
| 02/24/09 | CBM | PREPARATION OF WG EMPLOYMENT APPLICATION | 0.20 | 195 | 39.00 |

EXHIBIT 1 PAGE 5

PAGE 5
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/24/09 | HBM | REVIEW AND ANALYSIS OF EMPLOYMENT ISSUES | 1.40 | 360 | 504.00 |
| 02/25/09 | JIG | ANALYSIS OF STATUS AND STRATEGY | 1.90 | 550 | 1,045.00 |
| 02/25/09 | HBM | ATTENDANCE AT HEARINGS ON MOTIONS TO DISMISS | 3.70 | 360 | 1,332.00 |
| 02/26/09 | HBM | LEGAL RESEARCH RE EMPLOYMENT APPLICATION | 1.60 | 360 | 576.00 |
| 02/26/09 | HBM | REVIEW AND REVISE EMPLOYMENT APPLICATION | 1.50 | 360 | 540.00 |
| 02/26/09 | HBM | REVIEW AND ANALYSIS OF LETTER | 0.80 | 360 | 288.00 |
| 03/02/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.40 | 195 | 78.00 |
| 03/02/09 | CBM | PREPARATION OF NOTICE OF WG EMPLOYMENT | 0.50 | 195 | 97.50 |
| 03/02/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.20 | 195 | 39.00 |
| 03/02/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.40 | 195 | 78.00 |
| 03/02/09 | CBM | PREPARATION OF NOTICE OF MICHAELS LAW GROUP EMPLOYMENT | 0.40 | 195 | 78.00 |
| 03/02/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.30 | 195 | 58.50 |
| 03/02/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.50 | 195 | 97.50 |
| 03/02/09 | CBM | PREPARATION OF NOTICE OF WG EMPLOYMENT | 0.40 | 195 | 78.00 |
| 03/02/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.20 | 195 | 39.00 |
| 03/02/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.40 | 195 | 78.00 |
| 03/02/09 | CBM | PREPARATION OF NOTICE OF MICHAELS LAW GROUP EMPLOYMENT | 0.30 | 195 | 58.50 |
| 03/02/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.20 | 195 | 39.00 |
| 03/02/09 | CBM | E-MAIL EXCHANGE WITH DAVID WATKINS RE TURNOVER OF CHASE BANK ACCOUNTS | 0.10 | 195 | 19.50 |
| 03/02/09 | CBM | REVIEW STATUS OF TURNOVER OF CHASE ACCOUNTS | 0.10 | 195 | 19.50 |
| 03/02/09 | CBM | E-MAIL EXCHANGE WITH KERITH HOLGUIN RE WHETHER TRUSTEE HAS RECIVED FUNDS FROM CHASE | 0.10 | 195 | 19.50 |

EXHIBIT 1  PAGE 6

Main Document    Page 7 of 17

PAGE 6
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/02/09 | HBM | REVIEW AND REVISE EMPLOYMENT APPLICATIONS | 1.50 | 360 | 540.00 |
| 03/03/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 1.70 | 550 | 935.00 |
| 03/03/09 | CBM | EXCHANGE OF E-MAILS WITH K. HOLGUIN AND DAVID WATKINS RE RECEIPT OF CHECKS FROM CHASE | 0.10 | 195 | 19.50 |
| 03/03/09 | HBM | REVIEW AND ANALYSIS OF EMPLOYMENT ISSUES | 2.70 | 360 | 972.00 |
| 03/03/09 | ADS | ATTENTION TO SCHEDULING MEETING WITH J.MICHAELS | 0.20 | 375 | 75.00 |
| 03/04/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.40 | 195 | 78.00 |
| 03/04/09 | CBM | PREPARATION OF NOTICE OF WG EMPLOYMENT | 0.30 | 195 | 58.50 |
| 03/04/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.30 | 195 | 58.50 |
| 03/04/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.40 | 195 | 78.00 |
| 03/04/09 | CBM | PREPARATION OF NOTICE OF MICHAELS LAW GROUP EMPLOYMENT | 0.40 | 195 | 78.00 |
| 03/04/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.50 | 195 | 97.50 |
| 03/04/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.40 | 195 | 78.00 |
| 03/04/09 | CBM | PREPARATION OF NOTICE OF WG EMPLOYMENT | 0.30 | 195 | 58.50 |
| 03/04/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.50 | 195 | 97.50 |
| 03/04/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.20 | 195 | 39.00 |
| 03/04/09 | CBM | PREPARATION OF NOTICE OF MICHAELS LAW GROUP EMPLOYMENT | 0.30 | 195 | 58.50 |
| 03/04/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.60 | 195 | 117.00 |
| 03/04/09 | ADS | REVIEW CORRESPONDENCE REGARDING ACTIONS | 0.10 | 375 | 37.50 |
| 03/04/09 | ADS | ATTENTION TO SCHEDULING MEETING | 0.10 | 375 | 37.50 |
| 03/05/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.30 | 195 | 58.50 |
| 03/05/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.30 | 195 | 58.50 |

EXHIBIT 1  PAGE 7

PAGE 7
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/05/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.20 | 195 | 39.00 |
| 03/05/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.20 | 195 | 39.00 |
| 03/05/09 | ADS | MEETING WITH J.MICHAELS REGARDING | 2.60 | 375 | 975.00 |
| 03/05/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY WG | 0.20 | 195 | 39.00 |
| 03/05/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF J. GOLDEN | 0.30 | 195 | 58.50 |
| 03/05/09 | CBM | PREPARATION OF APPLICATION TO EMPLOY MICHAELS LAW GROUP | 0.20 | 195 | 39.00 |
| 03/05/09 | CBM | PREPARATION OF STATEMENT OF DISINTERESTEDNESS OF JONATHAN MICHAELS | 0.20 | 195 | 39.00 |
| 03/05/09 | CBM | TELEPHONE CONFERENCE WITH LINDY HERMAN AT WINTHROP COUCHOT RE PREPARATION OF EMPLOYMENT NOTICES | 0.10 | 195 | 19.50 |
| 03/05/09 | CBM | E-MAIL TO AND FROM LINDY HERMAN RE ECF NUMBERS FOR WG AND MICHAELS LAW GROUP APPLICATIONS | 0.10 | 195 | 19.50 |
| 03/05/09 | HBM | REVIEW AND ANALYSIS OF EMPLOYMENT APPLICATIONS | 1.30 | 360 | 468.00 |
| 03/06/09 | JIG | REVIEW AND ANALYSIS OF LITIGATION ISSUES | 2.10 | 550 | 1,155.00 |
| 03/09/09 | ADS | ATTENTION TO EVENTS AT TRUSTEE'S ATTEMPT TO OBTAIN BUSINESS RECORDS | 0.30 | 375 | 112.50 |
| 03/09/09 | HBM | REVIEW AND ANALYSIS OF THOMASON SETTLEMENT ISSUES | 0.80 | 360 | 288.00 |
| 03/12/09 | HBM | REVIEW AND ANALYSIS OF OPPOSITION TO EMPLOYMENT | 0.80 | 360 | 288.00 |
| 03/14/09 | ADS | ATTENTION TO CASE STRATEGY | 0.10 | 375 | 37.50 |
| 03/17/09 | ADS | ATTENTION TO CASE STRATEGY | 0.40 | 375 | 150.00 |
| 03/17/09 | HBM | LEGAL RESEARCH RE REPLY TO OPPOSITION TO EMPLOYMENT | 2.20 | 360 | 792.00 |
| 03/18/09 | JIG | REVIEW AND ANALYSIS OF TRUST ISSUES | 2.40 | 550 | 1,320.00 |
| 03/18/09 | ADS | ATTENTION TO OBJECTION TO MOTION TO EMPLOY COUNSEL | 0.30 | 375 | 112.50 |
| 03/18/09 | HBM | PREPARATION OF REPLY TO OPPOSITION TO EMPLOYMENT | 6.80 | 360 | 2,448.00 |

EXHIBIT 1  PAGE 8

PAGE 8
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/19/09 | HBM | REVIEW AND REVISE REPLY TO OPPOSITION TO EMPLOYMENT | 1.20 | 360 | 432.00 |
| 03/20/09 | ADS | REVIEW CORRESPONDENCE REGARDING AND ANALYSIS OF SAME | 0.40 | 375 | 150.00 |
| 03/24/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 0.30 | 550 | 165.00 |
| 03/25/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 0.50 | 550 | 275.00 |
| 03/25/09 | ADS | REVIEW OPPOSITION TO MOTION TO EMPLOY PROFESSIONALS | 0.40 | 375 | 150.00 |
| 03/26/09 | HBM | PREPARATION FOR AND ATTENDANCE AT HEARING ON EMPLOYMENT APPLICATIONS; REVIEW AND ANALYSIS OF TENTATIVE IN CONNECTION WITH SAME | 3.40 | 360 | 1,224.00 |
| 03/27/09 | CBM | PREPARATION OF WG EMPLOYMENT ORDER | 0.80 | 195 | 156.00 |
| 03/27/09 | CBM | PREPARATION OF MICHAELS EMPLOYMENT ORDER | 0.60 | 195 | 117.00 |
| 03/27/09 | JIG | REVIEW AND ANALYSIS OF INSURANCE AND ISSUES | 0.80 | 550 | 440.00 |
| 03/27/09 | CBM | PREPARATION OF WG EMPLOYMENT ORDER | 0.70 | 195 | 136.50 |
| 03/27/09 | CBM | PREPARATION OF MICHAELS EMPLOYMENT ORDER | 0.60 | 195 | 117.00 |
| 03/30/09 | JIG | REVIEW AND ANALYSIS OF DOCUMENTS | 0.50 | 550 | 275.00 |
| 03/30/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 0.50 | 550 | 275.00 |
| 04/02/09 | CBM | PREPARATION OF WG EMPLOYMENT ORDER | 0.20 | 195 | 39.00 |
| 04/02/09 | CBM | PREPARATION OF WG EMPLOYMENT ORDER | 0.50 | 195 | 97.50 |
| 04/02/09 | CBM | PREPARATION OF MICHAELS EMPLOYMENT ORDER | 0.40 | 195 | 78.00 |
| 04/09/09 | CBM | TELEPHONE CONFERENCE WITH TRUSTEE RE REVIEW OF D'IORIO FEE APPLICATION | 0.10 | 195 | 19.50 |
| 04/13/09 | CBM | REVIEW FEE APPLICATION AND INVOICES OF SHAPIRO & CROLAND | 1.30 | 195 | 253.50 |
| 04/13/09 | CBM | PREPARATION OF MEMO TO J. GOLDEN RE REVIEW OF SHAPIRO & CROLAND FEE APPLICATION | 0.50 | 195 | 97.50 |
| 04/13/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 2.50 | 550 | 1,375.00 |

EXHIBIT 1  PAGE 9

PAGE 9
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/14/09 | JIG | REVIEW AND ANALYSIS OF | 2.50 | 550 | 1,375.00 |
| 04/15/09 | HBM | PREPARATION FOR AND ATTENDANCE AT CONFERENCE CALL W/ CLIENT | 1.20 | 360 | 432.00 |
| 04/16/09 | JIG | CONFERENCE CALL | 0.80 | 550 | 440.00 |
| 04/21/09 | JIG | CONFERENCE CALL | 0.90 | 550 | 495.00 |
| 04/21/09 | HBM | PREPARATION FOR AND ATTENDANCE AT CONFERENCE CALL RE INSURANCE ISSUES | 1.10 | 360 | 396.00 |
| 04/24/09 | JIG | REVIEW AND ANALYSIS OF DASPIN ISSUES | 0.50 | 550 | 275.00 |
| 04/27/09 | ADS | REVIEW CORRESPONDENCE REGARDING CAUSES OF ACTION | 0.10 | 375 | 37.50 |
| 04/28/09 | HBM | REVIEW AND ANALYSIS OF THOMASON MEMO AND LETTER | 1.40 | 360 | 504.00 |
| 05/05/09 | ADS | ATTENTION TO STATUS OF CASE AND STRATEGY | 0.30 | 375 | 112.50 |
| 05/06/09 | JIG | ANALYSIS OF ACTIONS | 2.90 | 550 | 1,595.00 |
| 05/06/09 | JIG | REVIEW OF INSURANCE ISSUES | 1.90 | 550 | 1,045.00 |
| 05/06/09 | ADS | REVIEW FACTS OF CASE | 1.80 | 375 | 675.00 |
| 05/18/09 | ADS | ATTENTION TO STATUS OF CASE | 0.10 | 375 | 37.50 |
| 05/22/09 | CBM | REVIEW ENTERED ORDERS AUTHORIZING WG'S EMPLOYMENT IN BOTH CASES | 0.10 | 195 | 19.50 |
| 05/22/09 | CBM | REVIEW ENTERED ORDER AUTHORIZING MICHAELS LAW GROUP'S EMPLOYMENT IN BOTH CASES | 0.10 | 195 | 19.50 |
| 05/28/09 | ADS | REVIEW MULTIPLE PIECES OF CORRESPONDENCE REGARDING FACTS OF CASE; ANALYSIS OF SAME | 0.30 | 375 | 112.50 |
| 05/29/09 | ADS | REVIEW AND ANALYSIS OF STATUS OF ASSETS | 0.10 | 375 | 37.50 |
| 06/11/09 | JIG | ATTENDANCE AT CALL | 0.80 | 550 | 440.00 |
| 06/11/09 | JIG | PREPARATION REGARDING CALL | 0.30 | 550 | 165.00 |
| 06/11/09 | HBM | WEEKLY CONFERENCE CALL | 0.80 | 360 | 288.00 |
| 06/18/09 | HBM | TELEPHONE CONFERENCE RE STATUS | 0.90 | 360 | 324.00 |
| 06/21/09 | ADS | ATTENTION TO MEETING SCHEDULING | 0.10 | 375 | 37.50 |
| 06/22/09 | JIG | REVIEW AND ANALYSIS OF ISSUES | 1.50 | 550 | 825.00 |
| 06/23/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 1.20 | 550 | 660.00 |

EXHIBIT 1 PAGE 10

Case 8:08-bk-13065-TA    Doc 316    Filed 12/15/09    Entered 12/15/09 16:43:10    Desc
                Main Document    Page 11 of 17

PAGE 10
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/23/09 | ADS | PREPARE FOR AND STRATEGY MEETING REGARDING STATUS OF CASE AND FORENSIC FINANCIAL ANALYSIS | 3.50 | 375 | 1,312.50 |
| 06/29/09 | HBM | TELEPHONE CONFERENCE W/ GOLDEN AND MICHAELS RE THOMASON ISSUES | 1.10 | 360 | 396.00 |
| 06/30/09 | HBM | PREPARATION FOR AND ATTENDANCE AT MTG W/ TRUSTEE | 1.10 | 360 | 396.00 |
| 06/30/09 | HBM | PREPARATION FOR AND ATTENDANCE AT MTG W/ TRUSTEE | 1.10 | 360 | 396.00 |
| 07/08/09 | HBM | REVIEW AND ANALYSIS OF THOMASON ISSUES | 0.60 | 360 | 216.00 |
| 07/09/09 | JIG | ANALYSIS OF CLAIMS AND THOMMASON STRATEGY | 0.30 | 550 | 165.00 |
| 07/09/09 | JIG | ATTENDANCE AT CONFERENCE CALL | 0.90 | 550 | 495.00 |
| 07/10/09 | HBM | TELEPHONE CONFERENCE W/ TRUSTEE AND PROFESSIONALS | 0.50 | 360 | 180.00 |
| 07/16/09 | JIG | REVIEW AND ANALYSIS OF STRATEGY | 1.80 | 550 | 990.00 |
| 07/16/09 | HBM | TELEPHONE CONFERENCE W/ TRUSTEE AND PROFESSIONALS AND FOLLOW UP | 0.80 | 360 | 288.00 |
| 07/24/09 | HBM | TELEPHONE CONFERENCE W/ TRUSTEE AND PROFESSIONALS | 1.30 | 360 | 468.00 |
| 07/27/09 | JIG | ANALYSIS OF STRATEGY | 0.20 | 550 | 110.00 |
| 08/04/09 | HBM | REVIEW AND ANALYSIS OF SETTLEMENT LETTER | 0.40 | 360 | 144.00 |
| 08/10/09 | JIG | REVIEW AND ANALYSIS OF LITIGATION ISSUES | 2.10 | 550 | 1,155.00 |
| 08/11/09 | JIG | REVIEW AND ANALYSIS OF TRUSTEE'S FINAL REPORT AND PLAN ISSUES | 3.00 | 550 | 1,650.00 |
| 08/13/09 | JIG | REVIEW AND ANALYSIS OF PROPOSED AGREEMENT | 1.70 | 550 | 935.00 |
| 08/18/09 | CMY | PREPARATION OF TRANSMITTAL LETTER RE: DEADLINE FOR FILING PROOFS OF CLAIM OR INTEREST | 0.50 | 195 | 97.50 |
| 08/18/09 | CMY | REVIEW AND REVISE TRANSMITTAL LETTER RE: CLAIMS BAR DATE | 0.40 | 195 | 78.00 |
| 08/19/09 | JIG | REVIEW AND ANALYSIS OF AGREEMENT | 1.40 | 550 | 770.00 |
| 08/19/09 | HBM | REVIEW AND ANALYSIS OF LETTER | 0.70 | 360 | 252.00 |
| 08/27/09 | JIG | REVIEW AND ANALYSIS OF DOCUMENTS | 2.70 | 550 | 1,485.00 |
| 08/28/09 | JIG | REVIEW AND ANALYSIS OF DOCUMENTS | 1.30 | 550 | 715.00 |
| 09/09/09 | HBM | REVIEW AND ANALYSIS OF SETTLEMENT | 0.80 | 360 | 288.00 |
| 09/10/09 | JIG | ANALYSIS OF RESOLUTION STRATEGIES | 1.50 | 550 | 825.00 |
| 10/07/09 | HBM | MEETING WITH MICHAELS AND GOLDEN | 1.10 | 360 | 396.00 |
| 10/08/09 | HBM | TELEPHONE CONFERENCE W/ GOLUBOW | 0.30 | 360 | 108.00 |
| 10/12/09 | HBM | MEETING WITH RICHARD GOLUBOW | 2.50 | 360 | 900.00 |

EXHIBIT 1 PAGE 11

Case 8:08-bk-13065-TA    Doc 316    Filed 12/15/09    Entered 12/15/09 16:43:10    Desc
Main Document    Page 12 of 17

PAGE 11
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/28/09 | JIG | REVIEW AND ANALYSIS OF STATUS/STRATEGY | 1.50 | 550 | 825.00 |
| 10/28/09 | JIG | PREPARATION OF BUDGET | 2.00 | 550 | 1,100.00 |
| 11/02/09 | CBM | REVIEW AVAILABLE DATES ON JUDGE'S SELF-CALENDAR FOR SETTING FEE HEARING | 0.20 | 195 | 39.00 |
| 11/03/09 | CBM | REVIEW JUDGE'S CALENDAR RE AVAILABLE DATES FOR HEARING ON AMENDED EMPLOYMENT | 0.10 | 195 | 19.50 |
| 11/09/09 | CBM | REVIEW AVAILABLE HEARING DATES FOR AMENDED EMPLOYMENT | 0.10 | 195 | 19.50 |
| 11/16/09 | CBM | PREPARATION OF APPLICATION TO AMEND TERMS OF EMPLOYMENT OF WG AND MICHAELS RE MONTHLY COMPENSATION | 1.40 | 195 | 273.00 |
| 11/17/09 | CBM | PREPARATION OF APPLICATION TO AMEND TERMS OF EMPLOYMENT OF WG AND MICHAELS RE MONTHLY COMPENSATION | 1.20 | 195 | 234.00 |
| 11/17/09 | CBM | PREPARATION OF APPLICATION TO AMEND TERMS OF EMPLOYMENT OF WG AND MICHAELS RE MONTHLY COMPENSATION | 0.50 | 195 | 97.50 |
| 11/18/09 | CBM | PREPARATION OF APPLICATION TO AMEND TERMS OF EMPLOYMENT OF WG AND MICHAELS RE MONTHLY COMPENSATION | 1.80 | 195 | 351.00 |
| 11/19/09 | CBM | REVIEW E-MAIL FROM JONATHAN MICHAELS RE DRAFT APPLICATION TO AMEND EMPLOYMENT | 0.10 | 195 | 19.50 |
| 11/19/09 | CBM | REVIEW E-MAILED REVISIONS FROM RICHARD GOLUBOW TO APPLICATION TO AMEND EMPLOYMENT | 0.10 | 195 | 19.50 |
| 11/20/09 | CBM | PREPARATION OF NOTICE OF APPLICATION TO AMEND TERMS OF EMPLOYMENT OF WG AND MICHAELS | 0.90 | 195 | 175.50 |
| 11/23/09 | CBM | PREPARATION OF DECLARATION OF TRUSTEE IN SUPPORT OF AMENDED EMPLOYMENT APPLICATION OF WG AND MICHAELS | 0.50 | 195 | 97.50 |

EXHIBIT 1  PAGE 12

PAGE 12
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| ADS | AUTUMN D. SPAETH | 14.60 hr @ 375.00 | $ | 5475.00 |
| CMY | CLAUDIA M. YOSHONIS | 3.40 hr @ 195.00 | $ | 663.00 |
| HBM | HUTCH B. MELTZER | 50.10 hr @ 360.00 | $ | 18036.00 |
| JIG | JEFFREY I. GOLDEN | 76.80 hr @ 550.00 | $ | 42240.00 |
| CBM | CYNTHIA B. MEEKER | 40.90 hr @ 195.00 | $ | 7975.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL FEES | 185.80 | $ 74,389.50 |

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20/09 | ATTORNEY/MESSENGER SERVICE CHARGES FOR OBTAINING CERTIFIED COPIES OF VARIOUS DOCUMENTS | 246.85 |
| 01/29/09 | PARKING VALIDATIONS FOR MIKE ISSA, JONATHAN MICHAELS AND GEORGE GOLUBOW | 33.75 |
| 01/29/09 | PHOTOCOPIES OF        BINDER | 150.00 |
| 01/29/09 | PHOTOCOPIES OF        NOTEBOOK | 150.00 |
| 02/06/09 | FACSIMILE OF CORRESPONDENCE TO KRISTINA HOWARD | 0.25 |
| 02/09/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF CHAMCO BINDER TO SANDY KLEIN AT THE OFFICE OF THE US TRUSTEE | 25.95 |
| 02/09/09 | ATTORNEY/MESSENGER SERVICE CHARGES FOR FILING TRUSTEE'S CHAPTER 11 BOND WITH THE USBC-SANTA ANA | 45.00 |
| 02/10/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF CHECK TO RICK KALIKA | 40.51 |
| 02/10/09 | FACSIMILE OF CORRESPONDENCE TO DAVID SIMON | 0.25 |
| 03/02/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF COBRA CHECK TO KERITH HOLGUIN | 14.89 |
| 03/09/09 | ATTORNEY/MESSENGER SERVICE CHARGES FOR FILING SIGNATURE PAGES WITH THE USBC-SANTA ANA | 45.00 |
| 03/09/09 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING APPLICATIONS TO EMPLOY; SUPPLEMENTAL PROOFS OF SERVICE WITH THE USBC SANTA ANA | 5.80 |
| 03/19/09 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING DECLARATION OF JONATHAN MICHAELS | 5.80 |
| 03/26/09 | PHOTOCOPIES OF PLEADINGS FOR HEARING | 116.75 |
| 04/14/09 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING 4 ORDERS APPROVING EMPLOYMENT WITH THE USBC-SANTA ANA | 4.10 |
| 04/21/09 | CONFERENCE CALL CHARGES | 2.48 |
| 04/24/09 | CONFERENCE CALL CHARGES | 56.41 |
| 04/24/09 | PACER DOCKET SEARCH | 7.84 |
| 04/30/09 | CONFERENCE CALL CHARGES | 39.26 |
| 05/07/09 | CONFERENCE CALL CHARGES | 40.32 |
| 05/14/09 | CONFERENCE CALL CHARGES | 18.04 |
| 05/28/09 | CONFERENCE CALL CHARGES | 15.94 |

EXHIBIT 1 PAGE 13

PAGE 13
DECEMBER 1, 2009
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2009
OUR FILE: ISS01.0001

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11/09 | CONFERENCE CALL CHARGES | 26.88 |
| 06/22/09 | PHOTOCOPIES OF EMAILS | 29.50 |
| 06/23/09 | PHOTOCOPIES OF EMAILS | 14.75 |
| 06/23/09 | PHOTOCOPIES OF DOCUMENTS FOR MEETING | 15.00 |
| 07/27/09 | CONFERENCE CALL CHARGES | 21.82 |
| 08/04/09 | PACER DOCKET SEARCH | 2.80 |
| 10/06/09 | CONFERENCE CALL CHARGES | 41.22 |
| 10/20/09 | PHOTOCOPIES OF INVOICES | 17.50 |
| 10/20/09 | SCANNED DOCUMENTS OF INVOICES | 17.50 |
| 10/20/09 | SCANNED DOCUMENTS OF INVOICES | 3.50 |
| 10/22/09 | PHOTOCOPIES OF INVOICES | 8.00 |
| 11/02/09 | PHOTOCOPIES OF INVOICE NOTEBOOK | 88.00 |
| 11/03/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF INVOICE BINDER TO JONATHAN MICHAELS | 27.23 |
| 11/03/09 | PHOTOCOPIES OF BINDER | 44.00 |
| 11/03/09 | SCANNED DOCUMENTS OF BINDER | 0.25 |
| 11/03/09 | ATTORNEY/MESSENGER SERVICE CHARGES FOR DELIVERY OF INVOICE TO RICHARD GOLOBOW | 30.00 |
| 11/05/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF INVOICE BINDER TO JONATHAN MICHAELS | 23.22 |
| 11/05/09 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF INVOICE BINDER TO RICHARD GOLUBOW | 23.51 |
| 11/05/09 | PHOTOCOPIES OF INVOICE NOTEBOOK | 163.00 |
| 11/05/09 | SCANNED DOCUMENTS OF INVOICE NOTEBOOK | 6.25 |
| 11/05/09 | SCANNED DOCUMENTS OF INVOICE NOTEBOOK | 14.75 |
| 11/05/09 | SCANNED DOCUMENTS OF INVOICE NOTEBOOK | 8.00 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 1,691.87 |
| | REDUCED TO | $ 1,532.57 |

EXHIBIT 1  PAGE 14

| In re: | | CHAPTER: 11 |
|---|---|---|
| ZX AUTOMOBILE COMPANY OF NORTH AMERICA | | |
| | Debtor(s). | CASE NUMBER: 08-13065 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 15, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **December 15, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 15, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert, 411 W. 4th Street, Suite 2030, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 15, 2009 | Kelly M. Rivera | /s/ Kelly Rivera |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

**F 9013-3.1**

## SERVICE LIST

**VIA U.S. MAIL -WITHOUT EXHIBIT**
**Office of the U.S. Trustee**
Frank Cadigan
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

ZX Automobile Company of North America, Inc.
Winthrop Couchot, PC
660 Newport Center Dr.
Fourth Floor
Newport Beach, CA 92660
**Debtor**

J. Michael Issa
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612
**Chapter 11 Trustee**

ZX Automobile Co. Of North America, Inc.
China America Cooperative Automotive Inc.
C/o John DiIorio, Esq.
Shapiro & Croland
411 Hackensack Avenue
Hackensack, NJ 07601

Advantage Guard Service
c/o Atkinson, Andelson, et al.
Helen R. Frazer, Esq.
17871 Park Plaza Drive, #200
Cerritos, CA 90703

Alan Friedman
Irell & Manella
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

Richard H. Golubow
Winthrop Couchot, PC
660 Newport Center Dr., Fourth Floor
Newport Beach, CA 92660

Peter W. Liandes
Robert Opera
Winthrop Couchot
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660

Kerri Lyman
Alan J. Friedman
Irell & Manella
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

R.G. Pagter, Esq.
Pagter & Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

Edward Michael Daspin
4 Pineview Lane
Boonton, NJ 07005

Michael Shapanka, Esq.
150 West End Avenue
Somerville, NJ 08876

Susan Farmer
American International Group, Inc.
Corporate Legal - Bkcy/Lit
70 Pine Street, 28th Floor
New York, NY 10270

Alexandra V. Gallo, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

Thomason Auto Group, LLC
Tonkon Torp LLP
Rick Martson, Esq.
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 07204

Michael B. Kushner
The Kushner Law Firm
A Professional Law Corporation
15 Enterprise, Suite 110
Aliso Viejo, CA 92656

Mark Anchor Albert, Esq.
601S. Figueroa, Suite 2370
Los Angeles, CA 90017

Brian McMahon, Esq.
Karen A. Giannelli, Esq.
Gibbons PC
One Gateway Center
Newark, NJ 07102

Jonathan Michaels
Michaels Law Group
2801 W. Coast Highway, Suite 270, Newport Beach, CA 92663

**Electronic Mail Notice List**
Frank Cadigan   frank.cadigan@usdoj.gov
John P Di Iorio   jdiiorio@shapiro-croland.com
Heather M Durian   durianh@michigan.gov
Helen R Frazer   hfrazer@aalrr.com
Alan J Friedman   afriedman@irell.com
Jeffrey I Golden   jgolden@wgllp.com
Nancy S Goldenberg
nancy.goldenberg@usdoj.gov
Richard H Golubow
pj@winthropcouchot.com
J. Michael Issa
Peter W Lianides
plianides@winthropcouchot.com,
pj@winthropcouchot.com
Kerri A Lyman   klyman@irell.com
Hutchison B Meltzer   hmeltzer@wgllp.com
Robert E Opera   pj@winthropcouchot.com,
sconnor@winthropcouchot.com
R G Pagter   gibson@pagterandmiller.com,
pandm@pagterandmiller.com;pagterandmiller@yahoo.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
Marc J Winthrop   pj@winthropcouchot.com